# Morris James LLP

Mary B. Matterer<br>
302.888.6960<br>
mmatterer@morrisjames.com

January 11, 2012

**VIA EFILING AND HAND DELIVERY**
The Honorable Robert B. Kugler
USDC for the District of New Jersey
Mitchell H. Cohen Bldg & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

    Re:   *Joseph Neev v. Abbott Medical Optics Inc., et al.,*
            **D.Del., C.A. No: 09-146 RBK**

Your Honor:

    Plaintiff Joseph Neev encloses with the hard copy of this letter, which is being hand delivered to Chambers today, two CDs with his technology tutorial and two hard copies of the PowerPoint presentation. Note that the CDs have been marked as HIGHLY CONFIDENTIAL.

                              Respectfully,

                              */s/ Mary B. Matterer*
                              Mary B. Matterer (Del I.D. #2696)

MBM/sch

cc: All Counsel of Record via e-filing