**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSEPH NEEV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 09-146-RBK-JS |
| ABBOTT MEDICAL OPTICS INC. | ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

**ABBOTT MEDICAL OPTICS INC.'S OBJECTIONS
TO JOSEPH NEEV'S TECHNOLOGY TUTORIAL**

Pursuant to the parties' stipulated Joint Proposal for the *Markman* Hearing Schedule (D.I. 127), Abbott Medical Optics Inc. ("AMO") hereby objects to the Technology Tutorial of Joseph Neev ("Neev") as follows:

1. AMO objects to portions of Neev's Tutorial that mischaracterize and are not supported by the asserted patent, U.S. Patent No. 6,482,199 ("'199 patent"). For example:

   a. Slide 8 indicates that Mr. Neev's invention includes "femtosecond pulses that can be tailored to the properties of the material," citing to the '199 patent at 6:1-15. But the cited portion of the '199 patent does not mention femtosecond pulses. In fact, nowhere does the '199 patent indicate that femtosecond pulses, as opposed to other ultras-short pulses (e.g., picosecond or nanosecond pulses), are advantageous. But Neev's Tutorial, in several locations (e.g., slides 45, 50, 51, 53-55, 57, and 60-61) heralds the benefits of femtosecond pulses. While AMO agrees that femtosecond pulses have advantages, which is why AMO has been using femtosecond pulses since before Neev's invention. Therefore AMO objects to the message in Neev's Tutorial that Mr. Neev was the first to recognize this fact. Furthermore, Mr. Neev's invention as described by the claims of the '199 patent encompasses a range of pulse lengths that includes femtoseconds in addition to pulse lengths that are 10,000,000,000,000 times as long.

  b. Slide 59 indicates that "[t]he compression of the material changes the scattering and absorption properties by changing density, shape, and inter collagen spacing." Neev's Tutorial does not provide a citation to the '199 patent to support this statement because that would be impossible; the '199 patent does not teach changing the scattering or absorption characteristics of the target material by compression, and it further does not discuss that compression of the target material changes the material's density, shape, or inter collagen spacing. There is no citation on slide 59 to the '199 patent or anything else supporting its assertions contained thereon, and so far as AMO is aware, no such support exists.

  2. AMO objects to portions of Neev's Tutorial that advance claim construction arguments as opposed to "an overview of the relevant technology" (D.I. 127 at 1). For example:

  a. Slide 46 argues that "[i]interaction energy transients are not matter" and "[i]interaction energy transients are not plasma." These statements do not provide an overview of the relevant technology, but rather are arguments that are identical to those made by Neev in support of his proposed construction of "interaction energy transient."

  b. Slide 56 argues that "[m]ultiple exposures of electromagnetic radiation to the same target region is not possible." This statement does not provide an overview of the relevant technology, bur rather is an argument that is identical to that advanced by Neev in support of his proposed construction of "target region."

  c. Slide 59 argues that "[t]he target material may be <u>modified by physical manipulation</u>, such as by the use of suction." This statement does not provide an overview of the relevant technology, but rather is a naked argument meant to advance Neev's proposed construction of "preparing the target material … ."

3. AMO objects to Neev's Tutorial being designated Highly Confidential, especially without an explanation from Neev as to why it is designated as such.

Finally, Neev's Tutorial is replete with factual inaccuracies and irrelevant material. If Neev attempts to rely on this inaccurate and irrelevant material in support of any claim construction or other argument, or seeks to introduce this material either on motion or at trial, AMO reserves its right to challenge such material, even if not specifically objected to herein.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: /s/ David E. Moore |
| | Richard L. Horwitz (#2246) |
| A. James Isbester | David E. Moore (#3983) |
| David B. Perry | Hercules Plaza, 6th Floor |
| KILPATRICK TOWNSEND | 1313 N. Market Street |
| & STOCKTON LLP | Wilmington, DE 19801 |
| Two Embarcadero Center, Eighth Floor | Tel: (302) 984-6000 |
| San Francisco, CA 94111 | rhorwitz@potteranderson.com |
| Tel: (415) 576-0200 | dmoore@potteranderson.com |
| | |
| Dated: January 20, 2012 | |
| 1043777/ 34180 | *Attorneys for Defendant* |
| | *Abbott Medical Optics Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 20, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 20, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy A. Quinlan<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>aquinlan@morrisjames.com | Kenneth G. Parker<br>Haynes and Boone, LLP<br>18100 Von Karman, Suite 750<br>Irvine, CA  92612<br>Kenneth.Parker@haynesboone.com |
| Don Tiller<br>Theodore G. Baroody<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75219<br>Don.Tiller@haynesboone.com<br>Ted.Baroody@haynesboone.com | Darrell D. Kinder<br>Haynes and Boone, LLP<br>2033 Gateway Place, Suite 400<br>San Jose, CA  95110<br>Darrell.kinder@haynesboone.com |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910488 / 34180